DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JAMES DIVERONICA,**
Appellant,

v.

**WELSS FARGO, N.A.,**
Appellee.

No. 4D21-2926

[May 19, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Richard Lopane, Judge; L.T. Case No. CACE18-020951.

Kenneth D. Cooper of Kenneth D. Cooper, P.A., Fort Lauderdale, for appellant.

R. Shawn Hogue of K&L Gates LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***